NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VITA-MIX CORPORATION,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**K-TEC, INC.,**
*Appellee.*

---

2012-1447
(Reexamination Nos. 95/000,228, 90/009,113, and 90/008,814)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

VITA-MIX CORPORATION V. KAPPOS                                                2

Upon consideration of Vita-Mix Corporation's unopposed motion to dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

_OCT 0 2 2012_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Alan Leonard Briggs, Esq.
     Raymond T. Chen, Esq.
     L. Grant Foster, Esq

s26

Issued As A Mandate: ___OCT 0 2 2012___